AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 15cv4296

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* COUNTY OF ROCKLAND
was received by me on *(date)* JUNE 5, 2015.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* PAUL PIPERATO COUNTY CLERK, who is designated by law to accept service of process on behalf of *(name of organization)* COUNTY OF ROCKLAND on *(date)* JUNE 8, 2015; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 125.00 for travel and $ _____ for services, for a total of $ 125.00.

I declare under penalty of perjury that this information is true.

Date: JUNE 10, 2015

_____
Server's signature

MICHAEL L RUBIN
Printed name and title

PO Box 1073 NEWBURGH NY 12552
Server's address

Additional information regarding attempted service, etc:

SWORN BEFORE ME ON JUNE 10, 2015

_____
NOTARY PUBLIC (Kelly M Squillace)

Ashley M. DiDomizio
Notary Public, State of New York
No. 01DI6310891
Qualified in Orange County
Commission Expires September 02, 2018